Varnum et al. *v.* John Hunt et al.

---

VARNUM *et al. v.* JOHN HUNT *et al.*

APPEAL from the *Wayne* Circuit Court.

*Per Curiam.*—The record in this cause presents only the

points for determination which are decided by this Court in the next preceding case, and the judgment is therefore the same.[1]

The attorneys of record were the same whose names are appended to said last named case.

(1) Petition for rehearing overruled, in this and the next preceding case, *August* 26, 1863.